AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| BALTAZAR AVALOS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BITCONNECT INTERNATIONAL PLC,<br>(See Schedule A)<br><br>*Defendant(s)* | Civil Action No. 4:18-cv-01165-JSW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rosemary Rivas
Levi & Korsinsky, LLP
44 Montgomery Street, Suite 650
San Francisco, CA, 94104
415-291-2420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  02/26/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-01165-JSW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                    [Reset]

Civil Action No. 4:18-cv-01165-JSW

# **SCHEDULE A**

BITCONNECT INTERNATIONAL PLC, BITCONNECT LTD., BITCONNECT TRADING LTD., JOSHUA JEPPESEN, GLENN ARCARO, TREVON BROWN A/K/A TREVON JAMES, RYAN HILDRETH, CRAIG GRANT, JOHN DOE 1 A/K/A NICHOLAS TROVATO A/K/A CRYPTONICK, and RYAN MAASEN,

        Defendants.

Civil Action No. 4:18-cv-01165-JSW

# **Attachment A**

Bitconnect International PLC
Grant Thornton House
22 Melton Street
Kings Cross
London, United Kingdom NW 1 2EP

Bitconnect Ltd.
The Panorama
Park Street
Ashford, United Kingdom TN24 8EZ

Bitconnect Trading Ltd.
23 St. Elizabeth Avenue
Bootie, United Kingdom L20 6FA

Glenn Arcaro
4089 Pine Hollow Place
Moorpark, CA 93021-3122

John Doe 1 A/K/A Nicholas Trovato A/K/A Cryptonick
16 Caryn Place
Fairfield, NJ 07004

Ryan Maasen
10129 S. Marion Avenue
Tusla, OK 74137