1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  Eduard Korsinsky (to be admitted *pro hac vice*)
   Email: ek@zlk.com
6  **LEVI & KORSINSKY, LLP**
   30 Broad Street, 24th Floor
7  New York, New York 10004
   Telephone: (212) 363-7500
8  Facsimile: (212) 636-7171

9  Donald J. Enright (to be admitted *pro hac vice*)
   Email: denright@zlk.com
10 John A. Carriel (to be admitted *pro hac vice*)
   Email: jcarriel@zlk.com
11 **LEVI & KORSINSKY, LLP**
   1101 30th St., NW, Ste. 115
12 Washington, DC 20007
   Telephone: (202) 524-4292
13 Facsimile: (202) 333-2121

14 *Counsel for Plaintiff Baltazar Avalos*

15

16                    **UNITED STATES DISTRICT COURT**

17                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

| | |
|---|---|
| BALTAZAR AVALOS, individually and on behalf of all others similarly situated, | Case No. 4:18-cv-01165-JSW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| BITCONNECT INTERNATIONAL PLC, BITCONNECT LTD., BITCONNECT TRADING LTD., JOSHUA JEPPESEN, GLENN ARCARO, TREVON BROWN A/K/A TREVON JAMES, RYAN HILDRETH, CRAIG GRANT, JOHN DOE 1 A/K/A NICHOLAS TROVATO A/K/A CRYPTONICK, and RYAN MAASEN, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Baltazar Avalos ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: March 14, 2018  **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

Donald J. Enright (to be admitted *pro hac vice*)
Email: denright@zlk.com
John A. Carriel (to be admitted *pro hac vice*)
Email: jcarriel@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

*Attorneys for Baltazar Avalos*